■ SUSAN SEILS, Appellant, v TIMOTHY PARK, Respondent. [668 NYS2d 953] —Motion for stay denied. Memorandum: The order of County Court is not appealable (*see*, CPLR 5703 [b]). Present—Green, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ In the Matter of JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of RHONDA L. R., Respondent, v JEFFREY SCOTT R., Appellant. [668 NYS2d 955] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: No appeal lies from a decision. Moreover, even if the decision were considered an order, it would not be appealable because the issue of support remains pending (*see*, *Matter of Jane PP. v Paul QQ.*, 64 NY2d 15). Present— Pine, J. P., Lawton, Doerr, Balio and Fallon, JJ.

■ In the Matter of AMANDA W. ROBERT W., Appellant; ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [668 NYS2d 955] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: The motion papers were not served on the Oneida County Attorney (*see*, CPLR 1101 [c]). Moreover, the appeal was dismissed as abandoned when it was not perfected on or before February 4, 1997. Present—Pine, J. P., Lawton, Doerr, Balio and Fallon, JJ.

■ In the Matter of CORINNE DORIE, Respondent, v KENNEDY HYDE, Appellant. [668 NYS2d 955] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: No appeal lies from an order entered upon default. Moreover, appellant failed to file the notice of appeal with the County Clerk. Present—Pine, J. P., Lawton, Doerr, Balio and Fallon, JJ.

■ In the Matter of SHERELL HINES, Appellant, v DALE COOPER, Respondent. [668 NYS2d 956] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: An order granting temporary physical residence is not an appealable order (*see*, Family Ct Act § 1112). Present— Pine, J. P., Lawton, Doerr, Balio and Fallon, JJ.